IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHADY MILLHOUSE, and his wife,<br>KELLY MILLHOUSE,<br><br>    Plaintiffs,<br><br>    v.<br><br>JEROME B. YODERS,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)   **Civil No. 14-1161**<br>)<br>)<br>)<br>) |

## ORDER

AND NOW, this 8th day of October, 2015, it is hereby ORDERED, ADJUDGED, AND DECREED that this Court finds that the Plaintiffs have shown cause why this matter should not be dismissed for failure to prosecute.

It is further hereby ORDERED, ADJUDGED, AND DECREED that Plaintiffs shall update this Court no later than December 3, 2015 as to the status of their attempt to resolve this matter. Failure to comply with this Order may result in the dismissal of this case for failure to prosecute.

 

_Maurice B. Cohill, Jr._
Maurice B. Cohill, Jr.
Senior United States District Court Judge